# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JAMES W. CHRISTIANSEN & BARBARA M. CHRISTIANSEN      Case Number: 05-74950
3315 ALIDA STREET                SSN-xxx-xx-4967 & xxx-xx-0591
ROCKFORD, IL  61101

|  |  |
|---|---|
| Case filed on: | 9/20/2005 |
| Plan Confirmed on: | 12/30/2005 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $7,400.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | JAMES W. CHRISTIANSEN | 0.00 | 0.00 | 200.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 200.00 | 0.00 |
| 001 | WELLS FARGO FINANCIAL | 740.25 | 740.25 | 740.25 | 0.00 |
| 002 | WINNEBAGO COUNTY TREASURER | 1,989.00 | 1,989.00 | 1,989.00 | 356.69 |
|  | Total Secured | 2,729.25 | 2,729.25 | 2,729.25 | 356.69 |
| 003 | ECAST SETTLEMENT CORPORATION | 7,120.64 | 7,120.64 | 816.81 | 0.00 |
| 004 | CAPITAL ONE | 5,035.72 | 5,035.72 | 577.64 | 0.00 |
| 005 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | DENNIS A BREBNER & ASSOCIATES | 364.82 | 364.82 | 41.85 | 0.00 |
| 007 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 3,493.03 | 3,493.03 | 400.68 | 0.00 |
| 009 | CAPITAL ONE | 3,232.88 | 3,232.88 | 370.84 | 0.00 |
| 010 | CAPITAL ONE | 261.72 | 261.72 | 30.02 | 0.00 |
| 011 | CAPITAL ONE | 393.64 | 393.64 | 45.15 | 0.00 |
|  | Total Unsecured | 19,902.45 | 19,902.45 | 2,282.99 | 0.00 |
|  | Grand Total: | 23,995.70 | 23,995.70 | 6,576.24 | 356.69 |

Total Paid Claimant:       $6,932.93
Trustee Allowance:         $467.07          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       11.47         discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008         By  /s/Heather M. Fagan